AUSA: Dawn Ison  Telephone: (313) 226-9567
AO 91 (Rev. 11/11) Criminal Complaint  Special Agent: Kenton Weston  Telephone: (313) 202-3640

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
GEMAR MORGAN

Case: 2:19−mj−30177
Assigned To : Unassigned
Assign. Date : 4/11/2019
Description: CMP USA v. MORGAN (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 9, 2019  in the county of  Macomb  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenton Weston, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/11/2019

_____
Judge's signature

City and state: Detroit, Michigan

Mona K. Majzoub, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent K. Weston, being duly sworn, do hereby state the following:

## I. INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January of 2018. I am assigned to the Detroit, Michigan Field Division, Group 4. I investigate violations of firearms and narcotics laws.

2. I graduated from Western Michigan University with a B.S. in Accounting, the Federal Law Enforcement Training Center, and ATF Special Agent Basic Training.

3. The statements contained in this affidavit are based on my review of written police reports by the Michigan Department of State Police, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter.

4. This affidavit does not provide every fact known to law enforcement related to this investigation. This affidavit is for the express purpose of establishing probable cause that Gemar MORGAN

-2-

has violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

## II. SUMMARY OF THE INVESTIGATION

5. On April 09, 2019, at approximately 2:45 p.m., the Detroit Fugitive Apprehension Team (DFAT) assisted in the apprehension of Gemar MORGAN, date of birth xx/xx/1977. MORGAN had an outstanding arrest warrant for domestic violence out of Allen Park, Michigan.

6. DEFAT found MORGAN exiting a physical therapy office. MORGAN was identified and secured in handcuffs. A search incident to arrest revealed a small semi-auto handgun (Raven Arms .25 caliber semi-automatic pistol) in MORGAN's right front pants pocket.

7. A review of MORGAN's criminal history reveals the following felony convictions:

    a. 07/08/1994 - felony weapons and felony armed robbery;

    b. 07/08/1994 - felony weapons and felony assault with intent to murder;

    c. 07/19/1999 - felony armed robbery; and

    d. 01/30/2007 - felon in possession of firearm.

8.    Based on the above-listed criminal convictions, MORGAN is prohibited from legally possessing a firearm.

9.    ATF S/A David Salazar, an Interstate Nexus expert, indicated that the above listed firearm was not manufactured in the State of Michigan and therefore, had traveled in or affected interstate or foreign commerce.

### III.  CONCLUSION

10.    Probable cause exists that Gemar MORGAN has violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

_____
Kenton Weston
Special Agent, ATF

Sworn to and subscribed before me
this 11th day of April, 2018

_____
HON. MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

-3-