POOR QUALITY ORIGINAL

MOTION FEDERAL HEARING

19-CR-20259 2

IN THEE HONOR OF THE UNITED STATES CONSTITUTIONAL AMENDMENTS, THE PREAMBLE, AND THE CRIMINAL COURTROOM PROCEDURES AND THE DERIVATION OF GOD LAWS - WE THE PEOPLE OF THEE UNITED STATES OF AMERICA COMMAND JUSTICE FOR ALL IN ALL MATTERS!!! FOR THE RECORDS AND UNDER OATH - I GEMAR MORGAN PLEDGE TO BE A CITIZENS OF THEE UNITED STATES OF AMERICA - REPRESENTED BY THE UNITED STATES CONSTITUTION AMENDMENTS, THE PREAMBLE - WHICH ENFORCE THE JUSTICE FOR All!!! IN THIS MATTER THE GOVERNMENT ENTITIES, OFFICALS AND ASSISTANTS - "ELECTED AND CHOOSE TO USE GOVERNMENT DOCUEMENTATION TO FALSIFY, PERJURY, ABUSE, BRUTALIZE, HARM, AND DESTROY THE UNITED STATES CONSTITUTION, THE PREAMBLE AND THE CITIZENS OF THE UNITED STATES OF AMERICA - WITH THEE INGREDIENTS AND SUBSTANCE OF THEE "AMERICA HATE CRIME & TERRIOST ATTACKS"! ON 4/19/19 - ALLEN PARK POLICE DEPARTMENT - POLICE CAN BE SEEN ON VIDEO CAMERA - STEALING MY IDENTIFICATION

FILED
MAY -1 2019
CLERKS OFFICE
DETROIT

THE GOVERNMENT ENTITIES, OFFICALS AND ASSISTANTS - CREATED ACTS OF THE HATE CRIME & TERROR ATTACKS AGAINST THE MORGAN'S, DOCKERY'S WHICH IS AN AFRICAN AMERICAN FAMILY!!! GEMAR MORGAN WAS HIT BY A SEMI TRACTOR TRAILER WHILE OPERATING A SEMI TRACTOR TRAILER ON THE DATE OF 11/29/2018! AS A RESULT OF THIS MASSIVE DEVESTATION TO THE LIVES THAT THIS SEMI TRUCK ACCIDENT CAUSED - MR. GEMAR AND HIS FAMILY HAVE SINCE 11/29/2018 HAVE BEEN ABUSED, TORTUED, & MUTILATED BY VARIOUS GOVERNMENT ENTITIES, OFFICAL, AND ASSISTANTS WHICH All STARTED AT A HOSPITAL "ER" IN TERRE HAUTE, IN - WHEN THE "ER" PERSONEll CALLED THE POLICE TO ESCORT MR. MORGAN FROM THE CARE & TREATMENT FROM THE HOSPITAL !!! THE GOVERNMENT OFFICIAL, ENTITIES AND ASSISTANTS WHO PONDERED FALSIFIED DOCUEMENTATION AND FALSE POLICE CONTACT TO DESTROY THE MORGAN'S & DOCKERY'S LIVELIHOOD CONSIST OF: INDIANA STATE POLICE, NEW JERSEY STATE POLICE, MICHIGAN STATE POLICE, ALLEN PARK POLICE, ATF, DEAT AND AND All OTHER AUTHORITIES THAT PARTAKE IN THE CORRUPTION OF THE GOVERNMENT - OFFICIALS & ENTITIES & ASSISTANTS

ON AND AROUND THE DATES OF FEBURARY THE 12TH OR FEB 19TH, I WAS & HAS BEEN ~~[scribbled]~~ ADMITTED TO DOCTOR'S CARE, ORDERS, AND PROCEDURES - WHICH HAS POSTIONED ME - TO DISABILITY CERTIFICATE, TRANSPORTATION CERTIFICATE, ADULT TENDECARE CERTIFICATE SINCE 11/29/2018!!! DURING THE TIME OF OF THE BEGINNING OF FEBURARY MY WIFE - TOLD ME THAT SHE WAS BEING HARRASSED BY THE ALLEN PARK POLICE DEPARTMENT - DURING THIS TIME MY WIFE - CHARRON DOCKERY EXPLAINED TO ME THAT SHE CALLED THE INTERNAL AFFAIRS POLICE COMPLAINT DEPARTMENT TO REPORT ALLEN PARK POLICE DEPARTMENT "HARRASSEMENT; ABUSE; ATTACKS; AND CONSTITUTIONAL AMENDMENTS VIOLATIONS - BECAUSE THE ALLEN PARK POLICE HAS "FALSIFIED HER FAMILY CHARACTER STANDARDS & CITIZENSHIP - AND CREATED A FALSE CRIME OF HATE, & TERROR ATTACK UPON HER FAMILY! MY WIFE CHARRON DOCKERY - EXPLAINED TO LIEUTENANT EGAN THE OFFICER WHO WAS IN CHARGED OF RECORDING ALLEN PARK POLICE MISCONDUCT - THAT OUR FAMILY NEVER HAD ANY DOMETIC VIOLENCE - AND SHE EXPLAINED TO LIEUTENANT EGAN THAT SHE NEVER CALLED THE POLICE THEREFORE THE ALLEN PARK POLICE FORCED ENTRY UPON HER HOME WITHOUT HER CONSENT OR APPROVAL - WHICH FORCED HER FAMILY TO BE AN ORPHAN & WARD OF THE ALLEN PARK POLICE ~~DEARPMENT~~ DEPARTMENT, & UNITED STATES MARSHALS, MICHIGAN STATE POLICE, NEW JERSEY STATE POLICE - ON APRIL 9TH 2019 ALLEN PARK POLICE DEPARTMENT VIEDIO CAMERA CAN SHOW THE OFFICER - STEALING MY CDL - LICENSE - WITH THE INTENT & INTENTIONS TO FRAME MY CHARACTER, LIFE, INNOCENSE, FREEDOM - AND FRAUDALENT ATTACKS!!!