UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case Number 19-20259

v.                                             Honorable David M. Lawson
                                                 Magistrate Judge David R. Grand

GEMAR MORGAN,

    Defendant.
_____/

## ORDER FINDING DEFENDANT COMPETENT, PERMITTING THE DEFENDANT TO REPRESENT HIMSELF, APPOINTING MARGARET S. RABEN AS STANDBY COUNSEL, AND SCHEDULING DEADLINGS

On September 3, 2019, the defendant and counsel for the parties appeared before the Court for a competency hearing and a hearing on the defendant's motion to represent himself. The parties determined that witnesses were not necessary for the competency evaluation. After considering the positions of the parties, the Court announced from the bench its determination that the defendant is not now suffering from any mental disease or defect that would render him incompetent to stand trial or otherwise to proceed in the case within the meaning of 18 U.S.C. § 4241(a) & (d). The Court then heard oral argument on the defendant's motion to represent himself, and at the conclusion of the presentations, announced its decision to grant the motion and appoint Margaret S. Raben as standby counsel to facilitate the defendant's court filings.

Accordingly, it hereby is **DETERMINED**, for the reasons stated on the record, that the defendant is not presently suffering from any mental disease or defect that would render him incompetent to stand trial or otherwise proceed in the case within the meaning of 18 U.S.C. § 4241(a) & (d).

It is further **ORDERED** that the defendant's motion to represent himself (ECF. No. 34) is **GRANTED.**

It is further **ORDERED** that the defendant's motion to remove Margret S. Raben is **DENIED.**

It is further **ORDERED** that Margaret S. Raben is appointed as standby counsel.

It is further **ORDERED** that the defendant must file all motions by **September 24, 2019.**

It is further **ORDERED** that the parties must appear for a final pretrial conference **on October 21, 2019 at 2:00 p.m.**

It is further **ORDERED** that the jury trial will begin **on November 5, 2019 at 8:30 a.m.**

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date:   September 5, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 5, 2019.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI