UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                        Case Number 19-20259

v.                                                  Honorable David M. Lawson

GEMAR MORGAN,

        Defendant.

_____/

## ORDER GRANTING IN PART GOVERNMENT'S MOTION
## TO PERMIT USE OF FIREARM AS AN EXHIBIT AT TRIAL

This matter is before the Court on the government's motion for permission to bring a certain firearm into the courthouse for use as a trial exhibit in this matter. The Court has reviewed the government's motion and finds that it ought to be granted in part.

Accordingly, it is **ORDERED** that the government's motion for permission to bring a firearm into the courthouse for use as a trial exhibit (ECF No. 69) is **GRANTED IN PART**.

It is further **ORDERED** that the following firearm may be brought into the Theodore Levin United States Courthouse by Officer Kenton Weston of the Bureau of Alcohol, Tobacco, and Firearms, or any other agent or police officer acting under her supervision, beginning on the first day of trial, November 5, 2019, and continuing until the trial is ended: One Raven Arms, Model MP-25, .25 caliber semi-automatic pistol. However, no ammunition of any type may be brought into the courthouse with the weapon or otherwise.

It is further **ORDERED** that upon being presented with a copy of this order the court security officers shall permit the identified firearm into the courthouse. The firearm shall be handled consistent with 95-AO-079. A court security officer shall escort the agent and the designated items to the Marshal's Service office where the firearm will be inspected and secured

by a Supervisory Deputy United States Marshal. The firearm shall be rendered incapable of firing by measures such as a trigger lock, action block, slide retainer, or any other means deemed appropriate by the Marshal. Once the item is deemed safe, the court security officer and the agent will transport the firearm to the courtroom. The case agent shall be responsible for the security of the firearm, and for the duration of the trial shall coordinate with the United States Marshal's Service for transportation of it to and from the courtroom. The firearm shall remain at all times while in the courthouse in the possession and control of the case agent, and the agent personally shall be responsible for assuring that it is handled safely at all times.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date:   November 1, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on November 1, 2019.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI