UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,         Case Number 19-20259
v.         Honorable David M. Lawson

GEMAR MORGAN,

      Defendant.
_____/

## ORDER DIRECTING RESPONSE

This matter is before the Court on several motions filed by the defendant raising issues that may pertain to his upcoming sentence hearing. The Court has reviewed the motions and finds that they warrant a response.

Accordingly, it is **ORDERED** that the government must respond to the defendant's motions, ECF Nos. 121, 123, 127, 128, 130, and 131, **on or before June 1, 2021**.

      s/David M. Lawson
      DAVID M. LAWSON
      United States District Judge

Dated: May 6, 2021